FILED: March 1, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2404
(1:16-cv-00145-GBL-IDD)

_____

VICTORIA SELECT INSURANCE COMPANY; TITAN INSURANCE COMPANY; NATIONWIDE INSURANCE COMPANY

    Plaintiffs - Appellants

v.

D. ORTIZ COMPANY, INC.; ADOLFO DONALDO ORTIZ MURILLO; MIGUEL ANGEL SALINAS AVENDANO; JOSUE BLADIAR SALINAS GARCIA; MICHAEL DRISCOLL, Administrator of the Estate of Vincente Dolores Avendanos Salinas; BUILDING INDUSTRY INSURANCE ASSOCIATION, INC.

    Defendants - Appellees

 and

THE ESTATE OF VICENTE DOLOR SALINAS AVENDANO

    Defendant

_____

O R D E R
_____

  Upon consideration of submissions relative to the appellant's motion to hold appeal in abeyance, the court grants the motion and places this case in abeyance

pending the district court issuing an order and opinion as stated in the November 15, 2016 Order. The parties shall file a status report on March 31, 2017, and every thirty days thereafter, and shall immediately notify this court when the district court has issued the order and opinion.

                                                  For the Court

                                                  /s/ Patricia S. Connor, Clerk